AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Christopher Bufford | ) | Case No. 2:23-cr-92 |
| | ) | |
| *Defendant* | ) | |

**RECEIVED**
By M. Hershman at 3:44 pm, Sep 04, 2024

## ARREST WARRANT

To: Any authorized law enforcement officer

  **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Christopher Bufford,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Bufford left thd district on 7/6/2024 and was charged in Warren, Ohio with Weapons under Disability (2024CRA1245) and Failure to Control (2024TRD2602). There is an active Warrant for his arrest in Warren. He also Violated Mandatory Cond. 3, Standard Condition 2.

Date: 09/02/2024

*Issuing officer's signature*

City and state: Columbus, Ohio

Maria Rossi Cook
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*